No. 232. CLARK v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *John D. Cofer* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice* and *Horace Wimberly,* Assistant Attorneys General, for respondent.

No. 237. WEST TEXAS UTILITIES CO., INC. ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thurman Arnold, Paul A. Porter, Norman Diamond* and *Frank Cain* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Winthrop A. Johns* for the National Labor Relations Board; and *Louis Sherman* for the International Brotherhood of Electrical Workers (AFL), respondents.

No. 243. ANDREWS BROS. OF CALIFORNIA v. CENTRAL PRODUCE CO. C. A. 6th Cir. Certiorari denied. *Benjamin W. Shipman* for petitioner. *Morton B. Howell, Jr.* for respondent.

No. 244. LIVESAY WINDOW CO., INC. v. LIVESAY INDUSTRIES, INC. ET AL. C. A. 5th Cir. Certiorari denied. *Charles R. Fenwick* and *Thomas B. Van Poole* for petitioner. *J. M. Flowers, Henry M. Sinclair, D. H. Redfearn* and *Ralph H. Ferrell* for respondents.

No. 246. BROWN, COUNTY TREASURER, ET AL. v. SUTTER BASIN CORP., LTD. Supreme Court of California. Certiorari denied. *Stephen W. Downey* and *Martin McDonough* for petitioners. *Harold F. Collins* for respondent.